**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Randella L. Darby, | ) | Civil Action No.:  3:23-cv-01369-MGL |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | MOTION FOR TELEPHONIC |
| | ) | STATUS CONFERENCE |
| Intertape Polymer Corporation, | ) | REGARDING REMAINING |
| | ) | DEADLINES |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Intertape Polymer Corporation hereby moves for a telephonic status conference with the Court to review the remaining deadlines under the Consent Amended Scheduling Order, entered May 15, 2023 (ECF No. 17). On March 14, 2024, Intertape moved for summary judgment (ECF No. 26), Plaintiff filed an opposition on March 28, 2024 (ECF No. 27), and Intertape filed a reply on April 4, 2024 (ECF No. 28).  On April 12, 2024, the Court directed the parties to engage in another mediation to take place by June 10, 2024 (ECF No. 29).

The Consent Amended Scheduling Order (ECF No. 17) presently requires the parties to file and exchange pretrial disclosures by May 1, 2024, to file pretrial briefs by June 3, 2024, and for the case to be called for trial on or after June 10, 2024.  Because the new mediation deadline appears to conflict with remaining pretrial case management dates, and to conserve the parties' limited resources and promote an effective second mediation, Intertape requests a telephonic conference with the Court for clarification of this scheduling matter.

Pursuant to Local Civ. Rule 7.02, counsel for Intertape affirms that he has attempted to discuss this matter with counsel for Plaintiff prior to filing this motion by leaving a voicemail at

1

counsel's office on April 19, 2024 and emailing counsel on April 22, 2024, but as of the date of this filing Plaintiff's counsel has not responded.

Respectfully submitted,

s/Russell T. Burke
Russell T. Burke
S.C. Fed. I.D. # 1604
McGowan, Hood, Felder and Phillips, LLC
1517 Hampton Street
Columbia, SC 29201
Phone:  (803) 779-0100
Fax:  (803) 787-0750
Email:  rburke@mcgowanhood.com


and

Paul McDermott, FBN: 855901
(admitted pro hac vice)
paul.mcdermott@hklaw.com
Allison Mangan, FBN: 1025549
(admitted pro hac vice)
allison.mangan@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, Florida 33602
Phone: 813-227-8500
Fax: 813-229-0134

*Attorneys for Defendant Intertape Polymer Corp.*

April 22, 2024
Columbia, South Carolina

2